UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Matthew Thomas Lester, | Civ. No. 15-3227 (PJS/BRT) |
| Plaintiff, | |
| v. | |
| Minnesota Life Insurance Company, *A Securian Company*, | **ORDER** |
| Defendant. | |

---

Matthew Thomas Lester, 636 Grand Ave, Apt 303, St. Paul, MN 55105, *pro se* Plaintiff.

Terrance J. Wagener, Esq., and Molly R. Hamilton Cawley, Esq., Messerli & Kramer P.A., counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated December 15, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

    1.    Defendant's Motion to Dismiss (Doc. No. 6) is **GRANTED**;

    2.    Plaintiff's motions (Doc. No. 13) are **DENIED**; and

    3.    Plaintiff's Complaint (Doc. Nos. 1, 4, and 5) is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 1/11/16                                                                s/Patrick J. Schiltz
                                                                             PATRICK J. SCHILTZ
                                                                             United States District Court